IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARRINGTON SQUARE, LLC, *d/b/a* VILLAS AT CARRINGTON SQUARE, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 19-2386-CM |
| JAMES STEELEY and SUSAN STEELEY, | )<br>) |
| Defendants. | ) |

## **ORDER**

Defendants have filed a motion for leave to file an amended notice of removal (ECF No. 18). D. Kan. Rule 15.1(a)(2) requires that a motion for leave to amend must be accompanied by the proposed pleading. The instant motion does not comply with the above-referenced rule because defendants have failed to attach a copy of their proposed amended notice of removal. Therefore, the court denies the motion without prejudice to refiling. Should they choose to file another motion to amend, defendants may do so by August 15, 2019, by following Fed. R. Civ. P. 15 and D. Kan. Rule 15.1.

IT IS SO ORDERED.

Dated August 8, 2019, at Kansas City, Kansas.

                                                                   s/ James P. O'Hara
                                                    James P. O'Hara
                                                    U.S. Magistrate Judge